1  N. Stephen Vokshori, SBN 245570
   Luke Jackson, SBN 230084
2  VOKSHORI LAW GROUP, APLC
   1010 Wilshire Blvd.
3  Suite 1404
   Los Angeles, CA 90017
4  213.986.4324
   310.881.6996
5  luke@voklaw.com

6  Attorneys for Debtor

7

                    UNITED STATES BANKRUPTCY COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10
   In re                          )  Case No.: 4:24-bk-40152-CN 13
11                                 )
          Darryl A. Smith,         )  DECLARATION OF DEBTOR DARRYL A. SMITH
12                                 )  RE LACK OF INCOME TAX RETURNS
             Debtor.              )
13                                 )
                                   )
14                                 )
                                   )
15  _____ )

16
   I, Darryl A. Smith, declare the following:
17
      1. I am over the age of eighteen (18) years and am the Debtor in the herein
18
         bankruptcy case. I have personal knowledge of the facts contained
19
         within this declaration.  These facts are true and correct to the best
20
         of my knowledge, and if called to testify as to these facts, I could
21
         and would do so competently.
22
      2. I make this declaration because my annual income has been so low for
23
         several years that I have not been required to prepare and file annual
24
         income tax returns.
25
      3. I am just coming out of a fully paid prior Chapter 13 case plan in the
26
         In re Darryl Arlando Smith, NDCA BK Case No. 18-41143 ("Prior Case").
27

28

Case: 24-40152   Doc# 22   Filed: 03/01/24   Entered: 03/01/24 12:56:39   Page 1 of 2

1  4. I had filed the Prior Case in 2018 because I had a spinal injury and the

2     spinal surgery done on my spine failed, and I was completely disabled

3     and unable to work. That was true before the filing of the Prior Case,

4     throughout the five (5) years of its terms and to the present day.

5  5. This entire time, my sole source of income has been workers'

6     compensation disability proceeds I've received in the amount of

7     $3,498.96 per month or $41,987.52 per year.

8  6. I have been advised that the disability income I receive is of a low

9     enough level that I need not prepare and submit annual tax returns each

10    year.

11

12    I declare under penalty of perjury that the above is true and correct

13 and that this declaration is executed on the 27 th day of February 2024 at

14 _____RICHMOND_____, California.

15

16 Dated: February 27, 2024          By: _Darryl A. Smith_

17                                        Debtor Darryl A. Smith

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF DEBTOR DARRYL A. SMITH RE LACK OF INCOME TAX RETURNS - 2